O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5449-AHM (FMOx) | Date | May 4, 2009 |
|---|---|---|---|
| Title | ROBERT TUR, et al. v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James S. Muller | Peter J. Ferguson |
| | Todd Hayward, City Atty |

**Proceedings:**     **(1)** MOTION TO DISMISS CASE FILED BY DEFENDANTS CARTER LEE, LOUIS GRAY [29]
**(2)** MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY DEFENDANTS CITY OF LOS ANGELES, JOHN EGAN [32] (non-evidentiary)

    Court issues tentative ruling without oral argument.  For reasons and findings stated on the record, the Court grants both motions to dismiss with leave to amend.  A second amended complaint must be filed by not later than May 18, 2009.

| | : | 10 |
|---|---|---|
| | Initials of Preparer | SMO |