UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUR et al., | CASE NO. CV07-05449 AHM (FMOx) |
| Plaintiffs | **ORDER RE DISMISSAL** |
| v. | **[ENTIRE CASE]** |
| | [*The Hon. A. Howard Matz*] |
| CITY OF LOS ANGELES et al., | |
| Defendants. | |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiffs' complaint be dismissed with prejudice.

Dated: August 14, 2009

_____
HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**